**92–1205.** State ex rel. Taylor v. Ohio Adult Parole Auth. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondent's motion to take the deposition of Patrick Taylor, an inmate incarcerated at the Chillicothe Correctional Institution,

IT IS ORDERED by the court that said motion to take deposition be, and the same is hereby, granted, effective August 12, 1992.